KERRY M. L. SMITH, OSB# 88103
SMITH & FJELSTAD
722 N. Main Ave.
Gresham, Oregon 97030
Telephone: (503)669-2242
Facsimile: (503)669-2249
smithandfjelstad@frontier.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SHERRI L. CELIS and MARTIN AMADO,<br><br>Plaintiffs,<br><br>v.<br><br>SANDWOOD TOWNHOUSE LLC d.b.a.<br>Sandwood Townhouse Apartments,<br><br>Defendant. | Civ. No. 11-25-KI<br><br>STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS |

Plaintiffs and Defendant, through their counsel, stipulate to dismissal of this action with prejudice and without fees or costs to any party.

Dated: August __, 2011.

SMITH & FJELSTAD
By: _____
Kerry M. L. Smith
OSB No. 881033
Of Attorneys for Plaintiffs

GREENE & MARKLEY, P.C.
By: _____
Charles Markley
OSB No. 75240
Of Attorneys for Defendant

PAGE 1 - STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS